# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFREDO GOMEZ, | No. CV 19-05557-SVW (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| M.E. SPEARMAN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date:   July 13, 2021

_____
STEPHEN V. WILSON
United States District Judge